No. 64,444

STATE OF KANSAS, *Appellee,* v. MIGUEL A. BASURTO, *Appellant.*

(821 P.2d 327)

Opinion filed December 6, 1991.

*Geary N. Gorup,* of Law Office of Geary N. Gorup, of Wichita, argued the cause, and *Jack Focht,* of Focht, Hughey, Hund & Calvert, of Wichita, was on the brief for appellant.

*Debra Byrd Wagner,* assistant district attorney, argued the cause, and *Nola Foulston,* district attorney, and *Robert T. Stephan,* attorney general, were with her on the brief for appellee.

The opinion of the court was delivered by

HERD, J.: After careful consideration of this case we adopt and affirm the decision of the Court of Appeals at 15 Kan. App. 2d 264, 807 P.2d 162 (1991).